***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

Submitted May 20, affirmed June 23, 2022

In the Matter of E. N. B.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

M. S. N.,
aka M. S. N.-S.,
*Appellant.*

Jackson County Circuit Court
21JU01529; A177469

Timothy C. Gerking, Judge.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Holly Telerant, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Patricia G. Rincon, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, and Mooney, Judge, and Pagán, Judge.

SHORR, P. J.

Affirmed.

**SHORR, P. J.**

Mother appeals from a judgment terminating her parental rights to her son, E. As relevant here, termination of parental rights is appropriate if the court finds that the parent is "unfit by reason of conduct or condition seriously detrimental to the child or ward and integration of the child or ward into the home of the parent * * * is improbable within a reasonable time due to conduct or conditions not likely to change," ORS 419B.504, and "if the court finds [that termination] is in the best interests of the ward," ORS 419B.500(1).[1] Mother raises six assignments of error to the trial court's rulings that led to the termination of her parental rights. Having reviewed the record *de novo*, we reject each assignment of error and conclude that the trial court did not err in terminating mother's parental rights.

Affirmed.

---

[1] Recent changes to ORS 419B.500(1), see Or Laws 2021, ch 398, § 62, do not affect the appropriate standard in this case. We cite to the current version.